1  DAVID R. JOHNSON
   djohnson@wthf.com
2  Nevada Bar No. 6696
   JARED M. SECHRIST
3  jsechris@wthf.com
   Nevada Bar No. 10439
4  WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
   3993 Howard Hughes Parkway, Suite 400
5  Las Vegas, NV  89169
   Telephone:     702-789-3100
6  Facsimile:     702-822-2650

7  Attorneys for Plaintiff
   Travelers Casualty and Surety Company of America
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRUMP CONSTRUCTION, INC., a Nevada corporation; TIMOTHY M. KRUMP, an individual, MICHELE D. KRUMP, an individual; RONALD L. DEAL, an individual; SHAWN M. DEAL, an individual; JAMES A. LARRIEU, an individual; MICHELE C. LARRIEU, an individual; DKL HOLDING, LLC, a Nevada limited liability company; TICOR TITLE OF NEVADA, INC., in its capacity as Trustee; and CHICAGO TITLE COMPANY, in its capacity as Trustee,<br><br>Defendants. | CASE NO.: 3:11-cv-00514<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff Travelers Casualty and Surety Company of America ("Travelers") by and through its attorneys, David R. Johnson, Esq., of Watt, Tieder, Hoffar & Fitzgerald, L.L.P., gives notice that it dismisses its entire action without prejudice against all Defendants.

LASVEGAS 12439.1 102471.013

No answer or other responsive pleading has been filed, and no trial date has been set.

Dated: October 20, 2011

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

_____
DAVID R. JOHNSON
Nevada Bar No. 6696
JARED SECHRIST
Nevada Bar No. 10439
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169

Attorneys for Plaintiff
Travelers Casualty and Surety Company of America

ORDER

IT IS SO ORDERED.

DATED: This 21st day of October, 2011.

_____
ROBERT C. JONES